AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Donald L. Garrett<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-CV-49<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff and against Defendant; Matter is Remanded to the Commissioner under sentence four of 42 U.S.C. § 405 (g) for further consideration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for

Date: 3/28/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*